1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

IVAN VON STAICH,

Case No.   1:21-cv-00628-HBK

12

Petitioner,

ORDER DIRECTING RESPONDENT TO
RESPOND TO PETITIONER'S REQUEST
FOR WRIT OF MANDAMUS

13

v.

14

U.S. PAROLE COMMISSION,

(Doc. No. 1)

15

Respondent.

16

17        Petitioner Ivan Von Staich initiated this action by filing a *pro se* petition for writ of

18   mandamus under 28 U.S.C. § 1651.  (Doc. No. 1).  Although petitioner's claims are difficult to

19   discern, it appears that petitioner is currently being held in state custody due to a federal parole

20   violation.  (*See generally id.*).  Petitioner seeks the court to order the U.S. Parole Commission to

21   release him from custody because he has fully served his federal sentence.  (*Id.*).  Without opining

22   on the merits of petitioner's claims, the court will order respondent to respond to the petition and

23   show cause why a writ of mandamus should not issue.

24        Accordingly, it **ORDERED**:

25        1.  Within (40) forty days respondent must file a response to the petition.

26        2.  Petitioner may file a reply to respondent's response within thirty (30) days of the date

27            of service of the response.  If no reply is filed within thirty days, the petition and

28            response are deemed submitted.

1      3.  Respondent must complete and return to the court within thirty days a form stating

2          whether respondent consents or declines to consent to the jurisdiction of a United

3          States Magistrate Judge under 28 U.S.C. § 636(c)(1).

4      4.  The Clerk of the Court is directed to serve a copy of this order and the petition for writ

5          of mandamus (Doc. No. 1) on the United States Attorney for the Easter District of

6          California.

7      5.  Further, the Clerk of Court shall serve by certified mail a copy of this order and the

8          petition for writ of mandamus (Doc. No. 1) on Patricia Cushwa, Acting Chairperson of

9          the U.S. Parole Commission, 90 K St NE #300, Washington, DC 20002.

IT IS SO ORDERED.

Dated:    April 16, 2021  

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE